**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     *In re Alief Vietnamese Alliance Church and Phan Phung Hung*

Appellate case number:   No. 01-18-00127-CV

Trial court case number: 2016-53806

Trial court:             189th District Court of Harris County

Relators, Alief Vietnamese Alliance Church and Phan Phung Hung, have filed an agreed motion for temporary relief, seeking a stay of the underlying trial court proceedings pending disposition of their mandamus petition. Real party in interest, Paul Nguyen, is unopposed to this request.

Accordingly, we **grant** the relators' motion and **ORDER** that all underlying proceedings in trial court cause number 2016-53806 are **stayed**. *See* TEX. R. APP. P. 52.10(a)–(b). This stay is effective until the mandamus petition in this Court is finally decided or this Court otherwise orders the stay lifted. *See id.* Any party may file a motion for reconsideration of the stay. *See id.* 52.10(c).


It is so ORDERED.


Judge's signature: /s/ Evelyn V. Keyes
                    ☒  Acting individually   ☐   Acting for the Court

Date: August 9, 2018